[No. 13302-1-I.  Division One.  October 15, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY J. NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-1-00142-5, Byron L. Swedberg, J.,

entered July 8, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Coleman, JJ.